# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARION OLIVER, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: 1:18-cv-1613 - JLT <br><br> ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Gary Marion Oliver seeks to proceed *in forma pauperis* in this action for judicial review of the administrative decision denying his application for Social Security benefits. (Doc. 2) The Court may authorize the commencement of an action without prepayment of fees "by a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the application and the information provided is insufficient to determine whether Plaintiff satisfies the requirements of 28 U.S.C. § 1915(a).

According to his application, Plaintiff has not been employed since November 2014 and has no income. (Doc. 2 at 1) Plaintiff reports that he has not received any gifts, disability payments, or received assistance in the past twelve months. (*Id.*) In addition, he asserts that he does not have any cash, a checkings account, or a savings account. (*Id.* at 2) Based upon the information provided, the Court is unable to determine how Plaintiff is supporting himself or if he is dependent upon another

1

who may pay the filing fee.

Accordingly, Plaintiff is **ORDERED** to file, within fourteen days of this order, an application that includes information on how Plaintiff is supporting himself, or his dependence on another. Upon receipt of this information, the Court will resume consideration of Plaintiff's motion to proceed *in forma pauperis*. Plaintiff is warned that failure to comply with this order may result in denial of his application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **November 27, 2018**      **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE