# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY MARION OLIVER,<br><br>        Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.: 1:18-cv-1613 - JLT<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO FILE AN AMENDED MOTION TO PROCEED IN FORMA PAUPERIS |

Gary Marion Oliver requests an extension of time to file an amended motion to proceed *in forma pauperis*, reporting the extension is necessary for communication with counsel by mail because Plaintiff "cannot easily make it into the office to complete the forms in person." (Doc. 4 at 2). Good cause appearing, the Court **ORDERS**:

1. Plaintiff's request for an extension of time is **GRANTED**; and
2. Plaintiff **SHALL** file his amended motion to proceed *in forma pauperis* no later than **December 28, 2018**.

IT IS SO ORDERED.

Dated:   **December 11, 2018**           **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE